# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| MATTHEW OLIVER ALFORD**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-217-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIK A. HOOKS, et al.**,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2018 Order.

August 14, 2018

_Frank G. John_

Frank G. Johns, Clerk
United States District Court